UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00106-APG-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| KAYLA CHRISTINE BERNARD, | |
| Defendant. | |

Before the Court is Joanne L. Diamond's Motion to Withdraw as Counsel for Kayla Christine Bernard. ECF No. 15. The Motion presents facts demonstrating a clear conflict of interest that requires Defendant be assigned new counsel.

Accordingly, IT IS HEREBY ORDERED that Joanne L. Diamond's Motion to Withdraw as Counsel for Kayla Christine Bernard (ECF No. 15) is GRANTED.

IT IS FURTHER ORDERED that this matter is referred to the Criminal Justice Act Panel for appointment of counsel. If new counsel has any conflicts or issues in accepting this case, they are to promptly notify this Court so a hearing can be set. New counsel is to promptly contact the Federal Public Defenders Office to make all necessary arrangements to transfer the files and information to new counsel.

Dated this 4th day of June, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE